IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| JAMIE ALLISON WELKIS | : | CASE NO. 1-20-bk-00076-HWV |
| | : | |
| Debtor | : | |

# **ORDER**

Upon consideration of the Debtor's Motion to Reinstate Case and Vacate Dismissal (the "Motion"), and after notice and a hearing, it is hereby ORDERED that the Debtor's Motion is DENIED.

Dated: July 29, 2021

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge (CD)